# IN THE SUPREME COURT OF THE STATE OF NEVADA

TINA BELL GOMEZ, AN INDIVIDUAL,
Appellant,
vs.
DENNIS GOMEZ, AN INDIVIDUAL;
AND DOROTHY GOMEZ, AN
INDIVIDUAL,
Respondents.

No. 69494

**FILED**

JAN 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment in a breach of contract action. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

On November 23, 2016, this court entered an order directing appellant to file the transcript request form or certificate of no transcript request pursuant to NRAP 9 and to file either an opening brief pursuant to NRAP 28(a) and NRAP 32 or an informal brief for pro se parties within 11 days. We cautioned appellant that failure to timely comply with our order would result in the dismissal of this appeal as abandoned. Appellant has failed to file the documents or otherwise respond; accordingly we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-00464

cc: Hon. Linda Marie Bell, District Judge
Tina Bell Gomez
Kajioka & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A